IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA SPENCER, | : | Civil No. 3:17-cv-2158 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DAVID VARANO, *et al.*, | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this 9th day of July, 2018, upon consideration of the motions (Docs. 28, 30) to dismiss, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motions (Docs. 28, 30) to dismiss are **GRANTED** as follows:

    a. All claims against Defedants Lottie Neisweinder and Shawn McGlaughlin are **DISMISSED**. The Clerk of Court is directed to **TERMINATE** Lottie Neisweinder and Shawn McGlaughlin as parties to this action.

    b. Plaintiff's request for punitive damages against Defendants Neiswender and McGlaughlin is **DISMISSED**.

    c. Plaintiff's request for attorney's fees is **DISMISSED**.

    d. This matter shall proceed solely on the First Amendment retaliation claim against David Varano and Michelle Ackerman. Defendants David Varano and Michelle Ackerman shall file an answer or appropriate pretrial motion addressing the First Amendment retaliation claim on or before July 27, 2018.

2. William Campbell is **DISMISSED** as a party to this action. The Clerk of Court

is directed to **TERMINATE** William Campbell as a party to this action.

_____
Robert D. Mariani
United States District Judge