# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA SPENCER, | Civil No. 3:17-cv-2158 |
| Plaintiff | (Judge Mariani) |
| v. | |
| DAVID VARANO, et al., | |
| Defendants | |

## ORDER

**AND NOW**, this 7th day of January, 2019, upon consideration of Plaintiff's motion (Doc. 64) to appoint counsel and, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 64) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge