IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA SPENCER, | : | Civil No. 3:17-cv-2158 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DAVID VARANO, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 30th day of January, 2019, upon consideration of the motion (Doc. 59) to dismiss filed by Defendant Fallencer, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 59) to dismiss is **DEEMED** unopposed and is **GRANTED**.

2. The Clerk of Court is directed to **TERMINATE** Joseph Fallencer as a party to this action.

Robert D. Mariani
United States District Judge