IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA SPENCER, | : | Civil No. 3:17-cv-2158 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DAVID VARANO, *et al.*, | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this 4th day of September, 2020, upon consideration of Defendants' motion (Doc. 83) for summary judgment, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying Memorandum,

**IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 83) for summary judgment is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants David Varano and Janelle Ackerman, and against Plaintiff.

3. The Clerk of Court is directed to **TERMINATE** all pending motions.

4. The Clerk of Court is further directed to **CLOSE** this case.

5. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge